(February 21, 1985)

■ DOROTHY STORM et al., Respondents-Appellants, v BOARD OF ELECTIONS FOR THE COUNTY OF NASSAU et al., Respondents, and FRED HAGER et al., Appellants-Respondents. — Judgment of the Supreme Court, Nassau County (Balletta, J.), entered February 7, 1985, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Brown, Rubin and Lawrence, JJ., concur.